PROB 12C
(6/16)

Report Date: July 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 21, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenny Olsen                         Case Number: 0980 2:21CR00022-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Nine Mile Falls, Washington 99026

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy,  U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 151 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (11/01/2015) | Prison - 121 months TSR - 60 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: December 16, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 15, 2025 |

## PETITIONING THE COURT

To issue a summons.

On December 17, 2020, Kenny Olsen participated in a supervision intake via telephone.  He verbally acknowledged an understanding of the conditions imposed by the Court.  He later signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance, The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming a controlled substance, marijuana, regularly from on or about May 30, 2023, until on or about July 18, 2023. |
| | On May 30, 2023, a report on offender under supervision was filed alleging one violation of supervised release for consuming a controlled substance, marijuana.  Since that time, Mr. Olsen has continued to test positive for marijuana. |

Prob12C

**Re: Olsen, Kenny**
**July 21, 2023**
**Page 2**

On July 19, 2023, Mr. Olsen reported to the United States Probation Office. Mr. Olsen admitted to continued use of marijuana. He advised he consumes marijuana at least three times per week and last used marijuana on July 18, 2023. Mr. Olsen then signed a drug use admission form reflecting this admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/21/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

7/21/2023

Date