PROB 12C
(6/16)

Report Date: October 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenny Olsen             Case Number: 0980 2:21CR00022-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Nine Mile Falls, Washington 99026

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(11/1/2015) | Prison - 121 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: December 16, 2020 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: December 15, 2025 |

## PETITIONING THE COURT

To issue a summons.

On December 17, 2020, Kenny Olsen participated in a supervision intake via telephone. He verbally acknowledged an understanding of the conditions imposed by the Court. He later signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by failing to appear for a random urinalysis, on or about September 1, 2023. |
| | Kenny Olsen is enrolled in phase drug testing with Pioneer Human Services (PHS). He is required to call the testing line daily to determine if he is to appear for drug testing that same day. |

Prob12C
Re: Olsen, Kenny
October 6, 2023
Page 2

        PHS advised that on September 1, 2023, Mr. Olsen was expected to appear for drug testing but failed to do so.

2       **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        **Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming a controlled substance, marijuana, on or about September 17, 2023.

        On September 20, 2023, Mr. Olsen reported to the United States Probation Office as directed and submitted to a urinalysis. The sample was presumptive positive for marijuana. He ultimately admitted to consuming marijuana on September 17, 2023, and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 6, 2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*

10/6/2023
Date