PROB 12C
(6/16)

Report Date: March 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 01, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenny Olsen                     Case Number: 0980 2:21CR00022-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Nine Mile Falls, Washington 99026

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy,  U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 151 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (11/1/2015) | | |
| Asst. U.S. Attorney: | Nowels Heinrich | Date Supervision Commenced: December 16, 2020 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: December 15, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/6/2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana on or about November 10, 2023. |
| | On December 18, 2023, Kenny Olsen submitted to a random urinalysis at Pioneer Human Services (PHS).  The sample tested presumptive positive for marijuana.  At that time, he signed a drug use admission form, indicating his last use of marijuana was on or about November 10, 2023. |

Prob12C
**Re: Olsen, Kenny**
**March 1, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/01/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

3/1/2024

Date