PROB 12C  
(6/16)

Report Date: May 15, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenny Olsen | Case Number: 0980 2:21CR00022-MKD-1 |
| Address of Offender: ███████████ | Nine Mile Falls, Washington 99026 |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | | |
| Original Sentence: | Prison - 151 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence: (November 1, 2015) | Prison - 121 months TSR - 60 months | | |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: | December 16, 2020 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | December 15, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/06/2023, and 03/01/2024.

On December 17, 2020, Kenny Olsen participated in a supervision intake via telephone. He verbally acknowledged an understanding of the conditions imposed by the Court. He later signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana on or about May 5, 2024. |
| | On May 14, 2024, Mr. Olsen's substance abuse treatment provider reported that Mr. Olsen disclosed that he had consumed marijuana on May 5, 2024. On May 15, 2024, during a telephone call with Mr. Olsen, he admitted consuming marijuana on May 5, 2024. |

Prob12C
Re: Olsen, Kenny
May 15, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 15, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/15/2024
Date