PROB 12C
(6/16)

Report Date: June 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenny Olsen | Case Number: 0980 2:21CR00022-MKD-1 |
| Address of Offender: ███████████ Nine Mile Falls, Washington 99026 | |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | | |
| Original Sentence: | Prison - 151 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(November 1, 2015) | Prison - 121 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: | December 16, 2020 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | December 15, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/6/2023, 3/1/2024 and 5/15/2024.

On December 17, 2020, Kenny Olsen participated in a supervision intake via telephone. He verbally acknowledged an understanding of the conditions imposed by the Court. He later signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana, on or about May 16, 2024.<br><br>Mr. Olsen last admitted to consuming marijuana on May 5, 2024, which is alleged in violation number 4, contained in the petition submitted on May 15, 2024. |

Prob12C
**Re: Olsen, Kenny**
**June 6, 2024**
**Page 2**

On May 7, 2024, he submitted to a urinalysis with New Horizon Care Centers (NHCC). The lab report noted it was a dilute specimen, but also confirmed a presence for tetrahydrocannabinol (THC) with a level of 18.7 ng.

On May 14, 2024, he submitted to a urinalysis with Pioneer Human Services and the results were negative.

On May 16, 2024, Kenny Olsen submitted to a urinalysis with NHCC. The lab report noted a positive result for THC with a level exceeding 3,000 ng.

6     **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana, on or about May 28, 2024.

On May 22, 2024, Kenny Olsen submitted to a urinalysis with NHCC. The lab report noted a positive presence for THC with a level of 1147.7 ng.

On May 28, 2024, Kenny Olsen submitted to a urinalysis with NHCC. The lab report noted a positive presence for THC with a level exceeding 3,000 ng.

7     **Special Condition #6:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. The condition supercedes standard condition number 7 with respect to alcohol consumption only.

**Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming alcohol, on or about May 28, 2024.

On May 28, 2024, Kenny Olsen submitted to a urinalysis with NHCC. The lab report noted a positive presence for THC as well as a positive presence for alcohol. He later admitted to his treatment provider that he consumed two shots of alcohol while at a friend's house.

8     **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana, on or about June 2, 2024.

On June 6, 2024, Mr. Olsen reported to the probation office. At that time, he advised he last consumed marijuana on June 2, 2024, and signed a drug use admission form.

Prob12C
**Re: Olsen, Kenny**
**June 6, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/06/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/6/2024

Date