PROB 12C
(6/16)

Report Date:  July 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenny Olsen                Case Number: 0980 2:21CR00022-MKD-1

Address of Offender: ███████████ Nine Mile Falls, Washington 99026

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy,  U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 151 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (November 1, 2015) | Prison - 121 months TSR - 60 months | |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: December 16, 2020 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: December 15, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/6/2023, 3/1/2024, 5/15/2024 and 6/6/2024.

On December 17, 2020, Kenny Olsen participated in a supervision intake via telephone. He verbally acknowledged an understanding of the conditions imposed by the Court.  He later signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana, on or about June 4, 2024.

On June 16, 2024, Kenny Olsen submitted to a random urinalysis at Pioneer Human Services (PHS).  He tested presumptive positive for tetrahydrocannabinol (THC).  He signed a drug use admission form, admitting to using marijuana on June 4, 2024.

Prob12C
**Re: Olsen, Kenny**
**July 11, 2024**
**Page 2**

10          <u>**Mandatory Condition # 3**</u>: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

<u>**Supporting Evidence**</u>: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming marijuana, on or about June 18, 2024.

Mr. Olsen last admitted to consuming marijuana on June 4, 2024, which is alleged in violation number 9 above.

On June 5, 2024, he submitted to a urinalysis with New Horizon Care Centers (NHCC). The lab report confirmed a presence for tetrahydrocannabinol (THC) with a level exceeding 3,000 ng.

On June 10, 2024, he submitted to a urinalysis with NHCC. The lab report confirmed a presence for tetrahydrocannabinol (THC) with a level of 2,788.2 ng.

On June 18, 2024, he submitted to a urinalysis with NHCC. The lab report confirmed a presence for tetrahydrocannabinol (THC) with a level exceeding 3,000 ng.

11          <u>**Special Condition #6:**</u> The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. The condition supercedes standard condition number 7 with respect to alcohol consumption only.

<u>**Supporting Evidence**</u>: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming alcohol, on or about June 18, 2024.

On July 9, 2024, Mr. Olsen's treatment provider, New Horizon Care Centers (NHCC), advised that on June 18, 2024, Kenny Olsen submitted to a urinalysis with NHCC. The lab report noted a positive presence for THC as well as a positive presence for alcohol.

On July 10, 2024, Mr. Olsen reported to the probation office. He acknowledged that there had been continued alcohol use since the alcohol use alleged in violation number 7 contained in the petition submitted on June 6, 2024, but was vague about the dates of his alcohol use.

12          <u>**Special Condition #2:**</u> The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Officer.

<u>**Supporting Evidence**</u>: It is alleged that Kenny Olsen violated the terms of his supervised release by failing to comply with substance abuse treatment services during the month of June 2024.

Kenny Olsen is enrolled in intensive outpatient substance abuse treatment with New Horizon Care Centers (NHCC).

**Prob12C**
**Re: Olsen, Kenny**
**July 11, 2024**
**Page 3**

On July 9, 2024, NHCC advised that Mr. Olsen was in non-compliance with his treatment requirements.  It was reported that he missed group sessions on June 11 and 25, 2024, has not submitted documentation of attending sober support meetings for June 2024,  missed a random urinalysis on June 14, 2024, and has not followed through with his housing requirements as part of his treatment plan.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/11/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

M. K. Dimke

Signature of Judicial Officer
7/13/2024

Date