PROB 12C  
(6/16)

Report Date: July 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenny Olsen | Case Number: 0980 2:21CR00022-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 15, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and 846 | | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Amended Sentence:<br>(November 1, 2015) | Prison - 121 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: December 16, 2020 | |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: December 15, 2025 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/06/2023, 03/01/2024, 05/15/2024, 06/06/2024 and 07/11/2024.

On December 17, 2020, Kenny Olsen participated in a supervision intake via telephone. He verbally acknowledged an understanding of the conditions imposed by the Court. He later signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Kenny Olsen violated the terms of his supervised release by consuming cocaine, on or about July 8, 2024. |
| | On July 8, 2024, Kenny Olsen submitted to a random urinalysis as required by his treatment provider, New Horizon Care Centers (NHCC). A lab report has since been received noting the positive presence of cocaine. |

Prob12C
**Re: Olsen, Kenny**
**July 18, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 18, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer
7/19/2024
Date